UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANCHEZ Y MARTIN, S.A. DE C.V., <br><br> Plaintiff, <br><br> v. <br><br> DOS AMIGOS, INC., a California corporation F.K.A. DOS AMIGOS DISTRIBUTORS, INC., and PABLO PAOLI, an individual, <br><br> Defendants. | Case No. 3:17-cv-01943-LAB-LL <br><br> Hon. Larry A. Burns <br><br> **ORDER GRANTING IN PART PLAINTIFF AND COUNTER-DEFENDANT SANCHEZ Y MARTIN, S.A. DE C.V.'S *EX PARTE* APPLICATION TO AMEND THE PRETRIAL ORDER** <br><br> Trial Date: September 24, 2019 |
| DOS AMIGOS, INC., a California corporation, <br><br> Counter-claimant, <br><br> v. <br><br> SANCHEZ Y MARTIN, S.A. DE C.V., a stock company of Jalisco, Republic of Mexico; and ROES 1 through 20, inclusive, <br><br> Counter-defendants. | |

The Court having reviewed and considered Plaintiff and Counter-defendant Sanchez y Martin, S.A. de C.V.'s ("Plaintiff") *ex parte* application to amend the Pretrial Order (ECF No. 115), and finding good cause to grant the relief requested,

**IT IS ORDERED** that the Pretrial Order is amended as follows:

**Section III-C is amended to add the following**:

1. The parties shall exchange their respective proposed stipulated facts by **August 20, 2019**;

2. The parties shall meet and confer in person about their respective proposed stipulated facts by **August 27, 2019**; and

3. The parties shall exchange their respective explanations regarding why facts should not be stipulated to, and objections to the other party's proposed stipulated facts by **September 3, 2019**

**Section IV-B is amended to add the following**:

1. The parties shall exchange their respective list of documents that were marked confidential *prior* to this litigation by **August 15, 2019**.

**Section IV-D is amended to add the following**:

1. The parties shall exchange their respective exhibits they intend to introduce at trial, highlighting important excerpts of those exhibits by **September 5, 2019**; and

2. The parties shall meet and confer in person to resolve any outstanding issues relating to the final joint exhibit list by **September 12, 2019**.

**Section III-A is amended to add the following:**

1. The Court will hear argument on Plaintiff's motion in limine to exclude at trial the allegations, claims and theories that were not pled by Defendant Dos Amigos, Inc. in its counterclaim on **August 22, 2019 at 12:15 p.m.** in Courtroom 14A. Plaintiff's moving brief must be filed by **August 1, 2019**. Oppositions are due **August 15, 2019**. No replies are to be filed. The parties' briefs for this third motion in limine must not exceed 10 pages.

All orders set forth in the Pretrial Order not modified hereby remain in force and effect.

**IT IS SO ORDERED.**

DATED: July 31, 2019

*Larry A. Burns*
Honorable Larry A. Burns
Chief United States District Judge