# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SANCHEZ Y MARTIN, S.A. DE C.V., Plaintiff, vs. DOS AMIGOS, Inc., et al. Defendants. | CASE NOS. 17cv1943-LAB (LL)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 138]** |
|---|---|

The parties' joint motion to dismiss is **GRANTED**. Dkt. 138. This action, including all associated claims and counterclaims, is **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 41(a). Each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: October 17, 2019

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge